### Robert Elderkin *v.* Water Pollution Control Board of the Borough of Naugatuck
### (9753)

O'Connell, Norcott and Heiman, Js.

Argued November 7—decision released November 26, 1991

*Elliott S. Labovitz,* for the appellant (plaintiff).
*Lana M. Glovach,* for the appellee (defendant).

Per Curiam. The judgment is affirmed.

### Dorothy A. Isola *v.* Geraldine McDermott
### (9807)

O'Connell, Norcott and Heiman, Js.

Argued November 7—decision released November 26, 1991

*James M. S. Ullman,* for the appellant (defendant).
*Charles K. Thompson,* with whom, on the brief, was *Jeremiah O'Connor,* for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.